UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Trenton Vicinage

| | |
|---|---|
| **Dorothy M. Thompson, Barry Seward, Trude Sherrod-Polan, Karin Knight-Capes, and Kyle Gray**, *on behalf of themselves and all others similarly situated*, | |
| Plaintiffs, | Case Number: 24-cv-6295 |
| *v.* | |
| **Constance Ludden, the City of Trenton, Rachel Hundley, the Township of Hazlet, Susan E. McCloskey, the Township of Lawrence, Mackenzi Kelly, and the Borough of Paulsboro,** *on behalf of themselves and all others similarly situated*, | <u>**NOTICE OF MOTION**</u> |
| Defendants. | |

**PLEASE TAKE NOTICE** that on January 21, 2025, or as soon thereafter as counsel may be heard, Plaintiffs, by and through its undersigned counsel, will move this Court for an order to admit *pro hac vice* Daniel R. Suhr, Esq. and Christopher E. Mills, Esq.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the accompanying certification of counsel and supporting documentation.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order accompanies this motion.

January 7, 2025

_s/Mark R. Scirocco_
Mark R. Scirocco/061192013
Scirocco Law, P.C.
143 Washington Street
Morristown, NJ 07960
973-691-1188
Fax: 973-691-3353
mark@sciroccoesq.com